IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00120-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BLANTON WARE,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to file objections to the Presentence Report out of time [DE 32]. For good cause shown, the motion is GRANTED. Any objections Defendant files by December 5, 2023, shall be deemed timely filed.

SO ORDERED this 12th day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE