UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Blanton Ware    Docket No. 5:23-CR-120-1M

### Petition for Action on Supervised Release

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Blanton Ware, who, upon a finding of guilt by jury to Distribution of a Quantity of Fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on December 15, 2023, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. He was released from custody on January 14, 2025, at which time the term of supervised release commenced.

At the revocation hearing on April 23, 2025, the defendant's term of supervised was revoked and he was ordered to compete a 6-month term of imprisonment and then return to compete the originally ordered term of supervised release. Additionally, the defendant was ordered to participate in a 90-day inpatient substance abuse program at The Healing Place in Wilmington, North Carolina, and to be on home detention with GPS monitoring while at the inpatient facility. The court noted that if there are technological issues while the defendant is staying at the facility, the U.S. Probation Office will approach the court to request to forgo the location monitoring. He was released from custody on August 17, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 19, 2025, the defendant was installed on home detention with GPS at The Healing Place. Since the installation there has been multiple technical issues. The United States Probation Office believes placing the defendant on Stand Alone GPS monitoring will resolve the technical issues, while still being able to track the defendant's location. As such, transition to Stand Alone GPS monitoring is recommended.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the form of location monitoring indicated below while he is a patient at The Healing Place, and follow monitoring procedures specified by the supervising officer which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall submit to the following Location Monitoring: Stand Along GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

James Blanton Ware
Docket No. 5:23-CR-120-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: August 22, 2025

ORDER OF THE COURT

Considered and ordered this 22d day of August, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Richard E. Myers II
Chief United States District Judge